# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEAL C. FELIX,                 :               CIVIL ACTION
                               :
                               :
        Plaintiff,             :
                               :
        v.                     :               09-3750
                               :
                               :
ALBERT EINSTEIN HEALTHCARE     :
NETWORK,                       :
                               :
        Defendant.             :

## O R D E R

AND NOW, this 8th day of November, 2010, for the foregoing reasons as outlined in the

Court's Memorandum of this date, the Motion to Amend the Complaint (Docket No. 41) is

**DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
*United States District Judge*