IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NEAL C. FELIX,** | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **ALBERT EINSTEIN HEALTHCARE** | : | |
| **NETWORK,** | : | No. 09-3750 |
|     *Defendant.* | : | |

**O R D E R**

**AND NOW**, this 16th day of February, 2012, upon consideration of Defendant Albert Einstein Healthcare Network's Motion for Summary Judgment (Doc. No. 51) and all responses thereto,[1] Mr. Felix's Motion for Sanctions (Doc. No. 81), and Albert Einstein Healthcare Network's Motion to Strike Mr. Felix's Motion for Sanctions (Doc. No. 83), it is hereby **ORDERED** as follows:

1. Albert Einstein Healthcare Network's Motion for Summary Judgment (Doc. No. 51) is **GRANTED**.

2. Mr. Felix's Motion for Sanctions (Doc. No. 81) is **DENIED**.

3. Albert Einstein Healthcare Network's Motion to Strike (Doc. No. 83) is **DENIED**

---

[1] In addition to Mr. Felix's Response in Opposition to Albert Einstein Healthcare Network's motion (Doc. No. 53) and Albert Einstein Healthcare Network's Reply (Doc. No. 54), pursuant to the Court's December 12, 2011 Order, it also considered Mr. Felix's untimely responses to Albert Einstein Healthcare Network's motion for summary judgment (Doc. Nos. 56 and 58), as well as Mr. Felix's untimely motion for summary judgment and supporting papers (Doc Nos. 61 and 63) as supplemental responses to Albert Einstein Healthcare Network's motion for summary judgment. In addition, the Court considered Albert Einstein Healthcare Network's response to Mr. Felix's motion for summary judgment (Doc. No. 62) as supplemental briefing to the extent that it was appropriate.

as **MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter Judgment in favor of the Defendant Albert Einstein Healthcare Network, and against Mr. Felix.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE